UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN BORDAS,

    Petitioner,

v.                                           CASE NO. 6:04-cv-1456-Orl-19KRS
                                                       (6:98-cr-135-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on the following motion:

**MOTION**:    Petitioner's Petition for Rehearing of Order Denying Federal Question Presented (Doc. No. 3, filed May 25, 2005).

Petitioner has failed to demonstrate sufficient grounds warranting the relief requested.

Thereon it is **ORDERED** that the Petition is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this  6th   day of June, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 6/6
Juan Bordas
Counsel of Record