# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                      CASE NO. 6:98-CR-135-ORL-19KRS

JUAN B. BORDAS

    Defendant.

## ORDER

This case was considered by the Court on its *sua sponte* Order directing response on retroactive application of crack cocaine amendment (Doc. No. 219, filed April 18, 2008). Upon consideration, the Court **DISCHARGES AND VACATES** its Order at Docket No. 219 on the ground that Defendant is not eligible for reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 706 to United States Sentencing Guidelines for the reason given in the United States Probation Office's Presentence Investigation Report, the Response of the United States of America (Doc. No. 222, filed May 9, 2008), and the Response by Defense Counsel to Court Order and to PSR (Doc. No. 231, filed February 17, 2009).

**DONE AND ORDERED** at Orlando, Florida, this 18th day of March, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
Defendant