UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                                                                                 Case No. 6:98-cr-135-Orl-19KRS

JUAN B. BORDAS,

    Defendant.
_____/

**ORDER**

    In light of the Order of Dismissal Without Prejudice entered by the Court with regard to Petitioner's request for habeas corpus relief pursuant to 28 U.S.C. section 2255 in civil case number 6:11-cv-1321-Orl-19KRS, Defendant's section 2255 motion (Doc. No. 239) is **DENIED** without prejudice.

    **DONE AND ORDERED** at Orlando, Florida, this  22nd  day of August, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 8/23
Juan Bordas